IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

      Plaintiff,                    No. 2: 10-cv-2866 WBS KJN P

   vs.

SERGEANT KOELING, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a thirty day extension of time to file a reply to defendants' opposition to his motion to compel. Good cause appearing, plaintiff's motion is granted.

      Plaintiff also requests that the pretrial motion deadline, currently set for October 21, 2011, be extended to sixty days following resolution of his motion to compel. Good cause appearing, this request is granted as well.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for extension of time (Dkt. No. 26) is granted; plaintiff is granted thirty days from the date of this order to file a reply to defendants' opposition to his motion to compel;

2. The pretrial motion deadline of October 21, 2011 is vacated and re-set to sixty days following resolution of plaintiff's motion to compel.

DATED: October 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2866.eot(2)