IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

      Plaintiff,                      No. 2: 10-cv-2866 WBS KJN P

     vs.

SERGEANT KOELLING, et al.,

      Defendants.              <u>ORDER</u>

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983 and an action pursuant to the Americans with Disabilities Act ("ADA").

       Plaintiff's request for appointment of counsel was denied at an earlier stage of this action. Now that this action has progressed, appointment of counsel would promote judicial economy. For this reason, plaintiff is granted fourteen days from the date of this order to file a renewed request for appointment of counsel. Accordingly, IT IS HEREBY ORDERED that

////

////

////

////

1

plaintiff is granted fourteen days from the date of this order to file a renewed request for appointment of counsel.

DATED: April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2866.cou

2