IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

    Plaintiff,                  No.  10-cv-2866 WBS KJN P

   vs.

SERGEANT KOELLING, et al.,

    Defendants.            ORDER

_____/

       On May 9, 2012, the undersigned granted plaintiff's motion for appointment of counsel and directed the Clerk of the Court to locate an attorney to represent plaintiff.  On July 26, 2012, plaintiff submitted a letter requesting the status of the Clerk's attempt to locate counsel.

       Plaintiff is informed that the Clerk of the Court has not yet located counsel to represent plaintiff.  Plaintiff will be informed when counsel is appointed.

       IT IS SO ORDERED.

DATED: August 10, 2012

                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

sh2866.ord

1