IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

      Plaintiff,                    No. 2:10-cv-2866 WBS KJN P

   vs.

SERGEANT KOELING, et al.,

      Defendants.            <u>ORDER APPOINTING</u>
                                               <u>LIMITED PURPOSE COUNSEL</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis, in this action filed pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act.

        On May 3, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 37.) On May 9, 2012, the court granted plaintiff's motion to appoint counsel. (Dkt. No. 8.) Richard Staff has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed for a limited purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Richard Staff is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of completing discovery and filing or opposing dispositive motions, if any.

////

2. Richard Staff's appointment will terminate when the order ruling on any dispositive motions has been filed, or upon the expiration of time to file any dispositive motions, if none have been filed.

3. Richard Staff shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Richard Staff, Law Office of Richard Staff, 711 9th Street, Sacramento, California 95814.

DATED: September 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shie2866.31