UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

                Plaintiff,        No. 2:10-cv-2866 WBS KJN P

   vs.                          **ORDER & WRIT OF HABEAS**
                                        **CORPUS AD TESTIFICANDUM**
SERGEANT KOELING, et al.,

                Defendants.
_____/

        Sean Shields, inmate #V-03038, a necessary and material witness in a settlement conference in this case on March 28, 2013, is confined in California State Prison - Solano, 2100 Peabody Road, Vacaville, CA 95696, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #8 on March 28, 2013, at 10:00 a.m.

        Accordingly, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison - Solano, P. O. Box 4000, Vacaville, California, 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Brennan, at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  January 7, 2013

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE