IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

      Plaintiff,                    No.  2:10-cv-2866 WBS KJN P

    vs.

SERGEANT KOELING, et al.,

      Defendants.            <u>ORDER</u>

         Plaintiff is a state prisoner, proceeding with counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Discovery in this action is closed.  On January 17, 2012, the court ordered that a dispositive motion filing deadline would be set following resolution of outstanding discovery matters.

         On April 25, 2012, the court granted in part and denied in part plaintiff's motion to compel.  On September 7, 2012, counsel was appointed to represent plaintiff.  On March 28, 2013 a settlement conference was held in this action.  This action did not settle.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that dispositive motions shall be filed
2  on or before June 7, 2013, and noticed for hearing pursuant to Local Rule 230(b); following
3  resolution of dispositive motions, this action will be set for a pretrial conference and trial, if
4  appropriate.

5  DATED: April 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2866.sch