1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SEAN SHIELDS,

11          Plaintiff,                    No.  2:10-cv-2866 WBS KJN P

12      vs.

13   SERGEANT KOELING, et al.,

14          Defendants.             ORDER

15   _____/

16          Plaintiff is a state prisoner, proceeding with counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Discovery in this action is closed.  On January 17, 2012, the court

18   ordered that a dispositive motion filing deadline would be set following resolution of outstanding

19   discovery matters.

20          On April 25, 2012, the court granted in part and denied in part plaintiff's motion

21   to compel.  On September 7, 2012, counsel was appointed to represent plaintiff.  On March 28,

22   2013 a settlement conference was held in this action.  This action did not settle.

23   ////

24   ////

25   ////

26   ////

1

1       Accordingly, IT IS HEREBY ORDERED that dispositive motions shall be filed

2   on or before June 7, 2013, and noticed for hearing pursuant to Local Rule 230(b); following

3   resolution of dispositive motions, this action will be set for a pretrial conference and trial, if

4   appropriate.

5   DATED:   April 10, 2013

6

7                                                        _____
                                                         KENDALL J. NEWMAN

8                                                        UNITED STATES MAGISTRATE JUDGE

9   sh2866.sch

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26