UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SHIELDS,

        Plaintiff,

   v.

SERGEANT KOELLING, et al.,

        Defendants.

No. 2: 10-cv-2866 WBS KJN P

<u>ORDER TO SHOW CAUSE</u>

     Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. A hearing is set before the undersigned for August 15, 2013, regarding defendants' summary judgment motion. On July 23, 2013, plaintiff was granted an extension to July 25, 2013 to file his opposition. Plaintiff has not filed his opposition.

     Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, plaintiff shall show cause why sanctions should not be imposed for his failure to file an opposition in compliance with the July 23, 2013 order, and why defendants' motion should not be granted; and

////
////
////
////

1

2. The August 15, 2013 hearing regarding defendants' summary judgment motion is vacated.

Dated: August 7, 2013

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2866.osc

2