UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SHIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT KOELLING, et al.,<br><br>        Defendants. | No. 2: 10-cv-2866 WBS KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 10, 2013, plaintiff's counsel filed a request to be relieved as counsel for medical reasons. (ECF No. 63.) Good cause appearing, this request is granted.

    On August 13, 2013, plaintiff filed a motion for appointment of new counsel. (ECF No. 64.) The court previously found that plaintiff qualified for appointment of counsel. (ECF No. 38.) Accordingly, the court will direct the Clerk of the Court to locate an attorney who is willing to accept appointment.

    On June 14, 2013, defendants filed a summary judgment motion. (ECF No. 56.) This motion is vacated without prejudice to its reinstatement following appointment of counsel to represent plaintiff.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Richard Staff is relieved as plaintiff's counsel; the Clerk of the Court is directed to serve the instant order on Richard Staff and plaintiff; the Clerk of the Court shall forthwith serve all documents on plaintiff until new counsel is appointed to represent him;

2. Plaintiff's motion for appointment of new counsel (ECF No. 64) is granted; the Clerk of the Court (together with the assistance of Sujean Park) is directed to forthwith locate an attorney admitted to practice in this court who is willing to accept the appointment;

3. Defendant's summary judgment motion (ECF No. 56) is vacated without prejudice to its reinstatement following appointment of new counsel to represent plaintiff.

Dated:  August 30, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2866.cou