UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SHIELDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT KOELLING, et al.,<br><br>　　　　　Defendants. | No. 2:10-cv-2866 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel in this action filed pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act. On September 7, 2012, plaintiff's motion for appointment of counsel was granted. On August 10, 2013, plaintiff's counsel filed a motion to withdraw. Plaintiff filed a motion to appoint new counsel on August 13, 2013. On August 30, 2013, the court granted counsel's motion to withdraw, and plaintiff's motion to appoint new counsel. Ronald Joseph Martinez has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Ronald Joseph Martinez is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

1

3. The Clerk of the Court is directed to serve a copy of this order upon Ronald Joseph Martinez, Hiroshima Jacobs Roth & Lewis, 1420 River Park Drive, Sacramento, CA 95815.

Dated: September 23, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw;shie2866.appt

2