UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SHIELDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT KOELLING, et al.,<br><br>　　　　Defendants. | No. 2: 10-cv-2866 WBS KJN P<br><br><br>ORDER |

　　On September 26, 2013, the court appointed attorney Ronald Joseph Martinez to represent plaintiff in this action. On June 14, 2013, defendant filed a motion for summary judgment. On August 30, 2013, defendant's summary judgment motion was vacated without prejudice to its reinstatement following appointment of counsel to represent plaintiff.

　　Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's summary judgment motion (ECF No. 56) is reinstated;
2. Within thirty days of the date of this order, plaintiff's counsel shall file a status report addressing when his opposition to defendant's summary judgment motion can be filed.

Dated: October 4, 2013

sh2866.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1