UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SHIELDS, | No. 2: 10-cv-2866 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| SERGEANT KOELLING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 26, 2013, the court appointed attorney Ronald Joseph Martinez to represent plaintiff in this action. On June 14, 2013, defendant filed a summary judgment motion. On October 4, 2013, the court ordered plaintiff's counsel to file a status report addressing when his opposition to defendants' summary judgment motion could be filed.

In his status report filed November 4, 2013, plaintiff's counsel states that he needs to depose defendants Koeling and Martinez before responding to the pending summary judgment motion. Plaintiff requests 120 days to complete initial discovery and to depose defendants.

The discovery deadline in this action has passed. Nevertheless, plaintiff's request to depose defendants is granted. No other discovery is permitted.

Accordingly, IT IS HEREBY ORDERED that:

1. If plaintiff chooses to depose defendants, counsel shall do so on or before February

1

14, 2014; and

2. Plaintiff's opposition to defendants' summary judgment motion shall be filed on or before April 1, 2014; defendants' reply is due seven days thereafter; unless otherwise ordered, defendants' motion will be submitted on the papers.

Dated:  December 20, 2013

sh2866.res

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE