1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN SHIELDS,                        No.  2:10-cv-2866 WBS KJN P

12              Plaintiff,

13        v.                              ORDER

14   SERGEANT KOELLING, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On October 17, 2014, plaintiff filed a notice of settlement.

19        Good cause appearing, IT IS HEREBY ORDERED that:

20        1.  The settlement conference set for November 25, 2014, before the undersigned is

21   vacated;

22        2.  The writ of ad testificandum issued September 18, 2014, for plaintiff to be brought to

23   the November 25, 2014, settlement conference is vacated;

24        3.  The pretrial conference set before the undersigned for March 16, 2015, and the jury

25   trial set before the Honorable William B. Shubb for May 19, 2015, are vacated;

26        4.  Within sixty days of the date of this order, the parties shall file dispositional documents

27   with the court;

28   ////

1

1       5.  The Clerk of the Court is directed to serve a copy of this order on the Warden, SOL,

2  P.O. Box 4000, Vacaville, CA, 95696.

3  Dated:  October 22, 2014

4

5  Sh2866.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28